1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | Criminal Case No. 06-CR-2537-BTM |
| Plaintiff, | **ORDER GRANTING REQUEST FOR CONTINUANCE OF SENTENCING HEARING** |
| v. | |
| KARLA CARRION, | |
| Defendant. | |

GOOD CAUSE APPEARING, IT IS HEREBY ORDERED that the joint motion to

continue sentencing be GRANTED, and that the Defendant's sentencing hearing be continued

from August 29, 2007 at 9:00 am to October 12, 2007 at 11:00 am.

IT IS SO ORDERED.

DATED:  August 28, 2007

_____
Honorable Barry Ted Moskowitz
United States District Judge